UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YXEY ABREU,<br><br>                     Plaintiff,<br><br>-against-<br><br>NYC HEALTH & HOSPITALS, ET AL.,<br><br>                     Defendant. | 25 CIVIL 0589 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 24, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 27, 2025
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge